# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-0213
Lower Tribunal No. 2024-CC-023189

_____

STEPHANIE R. LAOS,

Appellant,

v.

BENTLEY LUXURY LIVING, LLC d/b/a THE BENTLEY,

Appellee.

_____

Appeal from the County Court for Orange County.
Carly S. Wish, Judge.

July 24, 2026

PER CURIAM.

AFFIRMED. *See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, this appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory.").

NARDELLA, WHITE and SMITH, JJ., concur.


Byron Acosta, of Law Office of Byron Acosta, P.A., West Palm Beach, for Appellant.

James I. Barron, III, of James I. Barron, III, P.A., Orlando, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED